IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DONTE TONEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:07-cv-73-MEF |
| ) | |
| DAIMLERCHRYSLER CORPORATION, ) | |
| *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

This cause is before the Court on Plaintiff's Motion to Stay (Doc. # 3), filed February 2, 2007. Upon consideration, the Court does not find that it is necessary to stay this case at this time. It is therefore ORDERED that Plaintiff's motion is DENIED.

DONE this the 6th day of February, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE