**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
EASTERN (OPELIKA) DIVISION**

| | |
|---|---|
| Donte **TONEY** ) | |
| ) | Case No.: **3:07-cv-73-MEF-WC** |
| Plaintiff ) | |
| ) | Chief District Judge Mark E. Fuller |
| **v.** ) | Magistrate Judge Wallace Capel, Jr. |
| ) | |
| **DAIMLERCHRYSLER CORP.** ) | |
| **CHIP ELLIS CARS AMERICA, INC.** ) | |
| **CHIP ELLIS, INC.** ) | ***ORAL ARGUMENT NOT |
| ) | REQUESTED**** |
| ) | |
| Defendants ) | |

**PLAINTIFF'S MOTION TO REMAND**

Comes now the Plaintiff, Donte Toney, who moves this Honorable Court to remand this Alabama common law personal injury-automotive products liability action back to the Circuit Court of Macon County [CV-06-244] ("State Court") from where it was wrongfully removed by the defendant, DaimlerChrysler Corporation ("DCC"), as this Court lacks federal subject matter jurisdiction over this case.

First, DCC's contention that this Court allegedly has federal removal jurisdiction pursuant to 28 U.S.C. § 1442(a)(1), the "federal officer removal" statute, is false because: (1) DCC was not a "federal officer" when it designed, manufactured, and distributed the 2000 Chrysler Cirrus at issue in this case; (2) DCC cannot establish a causal connection between its conduct and any alleged official federal authority; and (3) DCC does not have a "colorable federal defense."

Second, DCC's contention that this Court allegedly has federal removal jurisdiction pursuant to 28 U.S.C. § 1441(a) on grounds that this Court allegedly has federal diversity jurisdiction under 28 U.S.C. § 1332(a)(1) is also incorrect because Defendants Chip Ellis Cars America, Inc. and Chip Ellis, Inc. (hereafter collectively referred to as "Chip Ellis") are citizens of Alabama and have not

1

been "fraudulently joined" as party defendants.

This motion is supported by the record and Plaintiff's brief filed herewith.

**WHEREFORE, PREMISES CONSIDERED**, the Plaintiff respectfully requests this

Honorable Court to remand this action back to the State Court.

*** Oral Argument Not Requested***

Respectfully submitted,

/s/ Thomas P. Willingham
Thomas P. Willingham (WIL156)
Attorney for Plaintiff Donte Toney

*OF COUNSEL:*
ALVIS & WILLINGHAM, L.L.P.
1400 Urban Center Drive; Suite 475
Birmingham, Alabama 35242
Phone: (205)298-1011
Fax: (205)298-1012
twillingham@alvisandwillingham.com

*ALSO REPRESENTING PLAINTIFF*:
Walter E. McGowan, Esq. (MC016)
GRAY, LANGFORD, SAPP,
MCGOWAN, GRAY & NATHANSON
Post Office Box 830239
Tuskegee, Alabama 36083
Phone: (334)727-4830
Fax: (334)727-5877
wem@glamgn.com

### Certificate of Service

I hereby certify that on this the ___ day of February, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to: Joel Chandler Bailey, II, Esq. (cbailey@lfwlaw.com); Michael Lester Bell, Esq. (mbell@lfwlaw.com); and Natasha Lynke Wilson, Esq. (nwilson@lfwlaw.com)

/s/ Thomas P. Willingham
**OF COUNSEL**

2