IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DONTE TONEY, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 3:07-cv-73-MEF |
| | ) |
| DAIMLERCHRYSLER CORPORATION, | ) |
| *et al.*, | ) |
| | ) |
|     Defendants. | ) |

# **O R D E R**

Upon consideration of the plaintiff's Motion to Remand (Doc. #5) filed on February 26, 2007, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before March 16, 2007. The plaintiff may file a reply brief on or before March 23, 2007.

DONE this the 27th day of February, 2007.

                                            /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE