IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| DONTE TONEY<br><br>                      Plaintiff,<br><br>v.<br><br>DAIMLERCHRYSLER CORPORATION,<br>et al.,<br>                      Defendant. | ) **Summons**<br>) (Issued pursuant to Rule 4 of<br>) the Federal Rules of Civil<br>) Procedure or other appropriate<br>) law.)<br>)<br>) CIVIL ACTION CASE NUMBER:<br>) 3:07-cv-73-MEF-WC<br>)<br>)<br>) |

TO DEFENDANT:   <u>CHIP ELLIS CARS AMERICA, INC., C/O ITS OFFICER OR</u>

<u>MANAGING AGENT, 3040 Eastern Blvd, Montgomery, Al 36116</u>

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Thomas P. Willingham, 1400 Urban Center Drive, Ste 475, Birmingham, AL 35242

a response to the complaint which is herewith served upon you, within ___20___ days after service of the summons upon you, exclusive of the day of service.  **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**  A signed copy of your response MUST also be filed with the court.

DATE: _3-19-07_

SEE REVERSE SIDE FOR RETURN

DEBRA HACKETT, CLERK

By: _Charlene Campbell_
    Deputy Clerk

(SEAL OF COURT)

NOTE: A separate summons must be
       prepared for each defendant.

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
P.O. Box 711
Montgomery, AL 36101

CASE NO. _____

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐    By personal service on the defendant at _____

_____

☐    By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

_____

_____

☐    By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____    _____
***Date***    ***Authorized or Specially Appointed Process Server***

Costs of Service:    Service fee:    $ _____
    Expenses: _____ miles @ _____ cents    $ _____
    TOTAL    $ _____

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| DONTE TONEY | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | CIVIL ACTION CASE NUMBER: |
| | ) | 3:07-cv-73-MEF-WC |
| DAIMLERCHRYSLER CORPORATION, | ) | |
| et al., | ) | |
| Defendant. | ) | |

TO DEFENDANT:    <u>CHIP ELLIS INC., C/O ITS OFFICER OR MANAGING</u>

<u>AGENT, 3040 Eastern Blvd, Montgomery, Al 36116</u>.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

<u>Thomas P. Willingham, 1400 Urban Center Drive, Ste 475, Birmingham, AL 35242</u>

a response to the complaint which is herewith served upon you, within ___20___ days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: <u>3-19-07</u>

DEBRA HACKETT, CLERK

By: _____
Deputy Clerk

<u>SEE REVERSE SIDE FOR RETURN</u>

(SEAL OF COURT)

NOTE: A separate summons must be prepared for each defendant.

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
P.O. Box 711
Montgomery, AL 36101

CASE NO. _____

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐   By personal service on the defendant at _____

_____

☐   By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

_____

_____

☐   By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____        _____
*Date*                                      *Authorized or Specially Appointed Process Server*

Costs of Service:   Service fee:                                                $
                   Expenses: _____ miles @ _____ cents    $_____
                                                       TOTAL    $