| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_  □ Agent  □ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery 3/20/0_ |
| 1. Article Addressed to:<br><br>Chip Ellis Cars America, Inc.<br>c/o Officer or Managing Agent<br>3040 Eastern Boulevard<br>Montgomery, AL 36116<br><br>07cv73 | D. Is delivery address different from item 1?  □ Yes<br>If YES, enter delivery address below:  □ No |
|  | 3. Service Type<br>☒ Certified Mail  □ Express Mail<br>□ Registered  ☒ Return Receipt for Merchandise<br>□ Insured Mail  □ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  □ Yes |
| 2. Article Number<br>(Transfer from service) | 7003 1010 0000 1281 5043 |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_  □ Agent  □ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery 3/20/0_ |
| 1. Article Addressed to:<br><br>Chip Ellis, Inc.<br>c/o Officer or Managing Agent<br>3040 Eastern Boulevard<br>Montgomery, AL 36116<br><br>07cv73 | D. Is delivery address different from item 1?  □ Yes<br>If YES, enter delivery address below:  □ No |
|  | 3. Service Type<br>☒ Certified Mail  □ Express Mail<br>□ Registered  ☒ Return Receipt for Merchandise<br>□ Insured Mail  □ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  □ Yes |
| 2. Article Number<br>(Transfer from s) | 7003 1010 0000 1281 5036 |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |