IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DONTE TONEY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:07-cv-73-MEF |
| | ) |
| DAIMLERCHRYSLER CORPORATION, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

It is hereby ORDERED that:

1. The parties shall brief the issue of the effect on this case of *Watson v. Philip Morris Cos.*, No. 05-1284, 2007 WL 1660910 (U.S. June 11, 2007).

2. Plaintiff's brief is due no later than July 9, 2007.

3. Defendant shall respond no later than July 16, 2007.

DONE this the 19th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE