IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Eastern (Opelika) _____ DIVISION

Donte Toney                          )
_____,             )
                                     )
        Plaintiff,                    )
                                     )
v.                                   )     CASE NO. 3:07 cv 73 MEF
                                     )              _____
Daimler Chrysler Corporation          )
_____,             )
                                     )
        Defendants,                   )

CONFLICT DISCLOSURE STATEMENT

COMES NOW __Donte Toney__, a __Plaintiff__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or

- [ ] This party is a governmental entity, or

- [ ] There are no entities to be reported, or

- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| There are no reportable relationships for this party. | |
| | |
| | |

6/27/2007
_____
Date

(Signature)
_____
Thomas P. Willingham
(Counsel's Name)

Plaintiffs
_____
Counsel for (print names of all parties)
1400 Urban Center Drive, Ste 475
_____
Birmingham, AL 35242
_____
Address, City, State Zip Code
205-298-1011
_____
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Eastern (Opelika) _____ DIVISION

## CERTIFICATE OF SERVICE

I, Thomas P. Willingham _____, do hereby Certify that a true and correct copy
of the foregoing has been furnished by electronic mail _____(manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this 27 _____day of June _____ 20 07, to:

Joel Chandler Bailey, II, Esq. (cbailey@lfwlaw.com);

Michael Lester Bell, Esq. (mbell@lfwlaw.com);

and Natasha Lynke Wilson, Esq. (nwilson@lfwlaw.com)

_____                    _____
Date                                                    Signature