IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DONTE TONEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | |
| DAIMLERCHRYSLER CORPORATION, ) | 3:07-cv-73-MEF-WC |
| a corporation, CHIP ELLIS CARS ) | |
| AMERICA INCORPORATED, a ) | |
| corporation, CHIP ELLIS, INC., a ) | |
| corporation, ) | |
| ) | |
| Defendants. ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to this Court's Civil Misc. Order No. 3047, Federal Rule of Civil Procedure 7.1(a) and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for DaimlerChrysler Company LLC, formerly DaimlerChrysler Corporation, one of the Defendants in the above-captioned action, certifies that the general nature and purpose of the foregoing entity or entities is the design, development, and assembly of motor vehicles.

Counsel certifies, to the best of the undersigned's knowledge and belief, that DaimlerChrysler Company LLC is a wholly owned direct subsidiary of DaimlerChrysler Holding LLC. In addition, the following are indirect parent corporations of DaimlerChrysler LLC:

1. DaimlerChrysler Holding Corporation;

2. DaimlerChrysler North America Holding Corporation; and

3. DaimlerChrysler AG.

DaimlerChrysler AG is a German stock company headquartered in Stuttgart, Germany. DaimlerChrysler AG issues shares that are publicly traded on major stock exchanges throughout the world, including the New York Stock Exchange.

Respectfully submitted,

/s/ Natasha L. Wilson
One of the Attorneys for Defendant
DaimlerChrysler Corporation

OF COUNSEL:
Michael L. Bell (BELLM6182)
J. Chandler Bailey (BAILC4526)
Natasha L. Wilson (WILSN6654)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Thomas P. Willingham
ALVIS & WILLINGHAM, LLP
Suite 475
Birmingham, AL 35242
*Attorney for Plaintiff*
twillingham@alvisandwillingham.com

Walter E. McGowan
GRAY, LANGFORD, SAPP, MCGOWAN, GRAY & NATHANSON
P.O. Box 830239
Tuskegee, AL 36083
*Attorney for Plaintiff*
wem@glamgn.com

/s/ Natasha L. Wilson
Of Counsel