IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN (OPELIKA) DIVISION

DONTE TONEY, )
)
Plaintiff, )
)
v. )
)
DAIMLERCHRYSLER CORP. ) CASE NO.: 3:07-cv-73-MEF-WC
CHIP ELLIS CARS AMERICA, INC. )
CHIP ELLIS, INC., ) Chief District Judge Mark E. Fuller
) Magistrate Judge Wallace Capel, Jr.
)
Defendants. )
)

## MEDIATOR'S REPORT TO THE COURT

Please be advised the above-styled case was successfully mediated as of June 29, 2007. The attorneys of record will be forwarding you the appropriate dismissal documents within the next several days.

Please note that the attorneys of record have done an outstanding job in achieving resolution of this case while representing the best interests of their clients.

I appreciate the opportunity to have been of service to the parties, their counsel, and the Court.

Respectfully submitted,

Rodney A. Max

**UPCHURCH WATSON WHITE & MAX**
2000A SouthBridge Parkway, Suite 400
Birmingham, AL 35209
205/933-9033
205/871-2808 [F]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via U.S. Mail this 29th day of June, 2007, to the following:

Thomas P. Willingham, Esquire
Rick Alvis, Esquire
**ALVIN & WILLINGHAM, LLP**
1400 Urban Center Drive, Suite 475
Birmingham, Alabama 35242
205/298-1012

Walter E. McGowan, Esquire
**GRAY, LANGFORD, SAPP,
McGOWAN, GRAY & NATHANSON**
Post Office Box 830239
Tuskegee, Alabama 36083
334/727-5877

Michael Lester Bell, Esquire
Natasha Lynke Wilson, Esquire
**LIGHTFOOT, FRANKLIN & WHITE, L.L.C.**
400 20th Street North
Birmingham, Alabama 35203
205/581-0799

G. Gregory Schuetz, Esquire
DaimlerChrysler Corporation
1000 Chrysler Drive
Auburn Hills, MI 48326
248/512-4153
ggs5@daimlerchrysler.com

_____
RODNEY A. MAX