IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DONTE TONEY, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 3:07-cv-73-MEF |
| | ) |
| DAIMLERCHRYSLER CORPORATION, | ) |
| *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby

ORDERED that the parties file a joint stipulation of dismissal on or before August 3, 2007.

DONE this the 13th day of July, 2007.

                                                                 /s/ Mark E. Fuller
                                               CHIEF UNITED STATES DISTRICT JUDGE