## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **DONTE TONEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | |
| **DAIMLERCHRYSLER CORPORATION,** | ) | **3:07-cv-73-MEF-WC** |
| **a corporation, CHIP ELLIS CARS** | ) | |
| **AMERICA INCORPORATED, a** | ) | |
| **corporation, CHIP ELLIS, INC., a** | ) | |
| **corporation,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Donte Toney ("Plaintiff"), and defendant DaimlerChrysler Company LLC,

formerly DaimlerChrysler Corporation ("Defendant"), by and through their respective attorneys

and pursuant to Fed.R.Civ.P. 41, hereby stipulate to **DISMISSAL WITH PREJUDICE** of all of

Plaintiff's claims and causes of action asserted in this lawsuit against the Defendant, with costs

taxed as paid.

/s/ Thomas P. Willingham
(by Natasha L. Wilson with express permission)
One of the Attorneys for Plaintiff
Donte Toney

Thomas P. Willingham
ALVIS & WILLINGHAM, LLP
Suite 475
Birmingham, AL  35242

Walter E. McGowan
GRAY, LANGFORD, SAPP, MCGOWAN,
GRAY & NATHANSON
P.O. Box 830239
Tuskegee, AL  36083

/s/ Natasha L. Wilson
One of the Attorneys for DaimlerChrysler
Company LLC, formerly DaimlerChrysler
Corporation

Michael L. Bell
J. Chandler Bailey
Natasha L. Wilson
LIGHTFOOT, FRANKLIN & WHITE L.L.C.
400 20th Street North
Birmingham, Alabama  35203

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| DONTE TONEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.** |
| | ) | |
| DAIMLERCHRYSLER CORPORATION, | ) | **3:07-cv-73-MEF-WC** |
| a corporation, CHIP ELLIS CARS | ) | |
| AMERICA INCORPORATED, a | ) | |
| corporation, CHIP ELLIS, INC., a | ) | |
| corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

This cause having come before the Court on the parties' Joint Stipulation of Dismissal With Prejudice, and the Court having considered same, it is hereby **ORDERED, ADJUDGED** and **DECREED** that all claims asserted against Defendant by Plaintiff in this action are hereby **DISMISSED WITH PREJUDICE**, costs taxed as paid.

DONE and ORDERED this _____ day of _____, 2007.

_____
United States District Judge

cc: All Counsel of Record