IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DONTE TONEY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:07-cv-73-MEF |
| | ) |
| DAIMLERCHRYSLER CORPORATION, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the Joint Stipulation of Dismissal with Prejudice (Doc. #20) filed on July 31, 2007, it is hereby

ORDERED that the plaintiff show cause on or before August 13, 2007 whether he wishes the action to remain pending against defendants Chip Ellis Cars and Chip Ellis, or whether he wishes to dismiss the claims against those defendants.

DONE this the 7th day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE