IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DONTE TONEY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:07-cv-73-MEF |
| | ) |
| DAIMLERCHRYSLER CORPORATION, | ) |
| *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

It has come to the Court's attention that Plaintiff's counsel has failed to comply with the Court's Order (Doc. # 21) to show cause whether this action remains pending against Defendants Chip Ellis Cars and Chip Ellis. Plaintiff was ordered to show cause in writing on or before August 13, 2007. It is therefore ORDERED that:

a. Plaintiff's counsel show cause as soon as practicable but in no event later than August 31, 2007, whether this action remains pending against Defendants Chip Ellis Cars and Chip Ellis.

b. Plaintiff's counsel show cause by August 31, 2007, why the Court should not sanction them for failure to comply with the Court's order in this case.

DONE this the 28th day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE