**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
EASTERN (OPELIKA) DIVISION**

| | |
|---|---|
| Donte **TONEY** | ) |
| | ) Case No.: **3:07-cv-73-MEF-WC** |
| Plaintiff | ) |
| | ) Chief District Judge Mark E. Fuller |
| **v.** | ) Magistrate Judge Wallace Capel, Jr. |
| | ) |
| **DAIMLERCHRYSLER CORP.** | ) |
| **CHIP ELLIS CARS AMERICA, INC.** | ) |
| **CHIP ELLIS, INC.** | ) |
| | ) |
| Defendants | ) |

**RESPONSE OF PLAINTIFF'S COUNSEL
TO THIS COURT'S AUGUST 28, 2007 ORDER**

COMES NOW Plaintiff's Counsel, Thomas P. Willingham, and in response to this Court's August 28, 2007 Order states unto the Court as follows:

1.    Plaintiff's counsel erroneously believed that a motion to dismiss all defendants had been filed in compliance with this Court's August 7, 2007 Order.

2.    Plaintiff's counsel has corrected this oversight by filing a Notice of Voluntary Dismissal as to all defendants, which is filed contemporaneously with this Response.

WHEREFORE, PREMISES CONSIDERED, Plaintiff's counsel respectfully requests this Court to enter an order dismissing all claims against all defendants.

Respectfully submitted,

/s/ Thomas P. Willingham
Thomas P. Willingham (WIL156)

*OF COUNSEL:*
ALVIS & WILLINGHAM, LLP
1400 Urban Center Drive; Suite 475
Birmingham, Alabama 35242
Phone: (205)298-1011
Facsimile: (205)298-1012
twillingham@alvisandwillingham.com

1

*ALSO REPRESENTING PLAINTIFF*:
Walter E. McGowan, Esq. (MC016)
GRAY, LANGFORD, SAPP,
MCGOWAN, GRAY & NATHANSON
Post Office Box 830239
Tuskegee, Alabama 36083
Phone: (334)727-4830
Fax: (334)727-5877
wem@glamgn.com

## Certificate of Service

I hereby certify that on this the 28st day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to: Joel Chandler Bailey, II, Esq. (cbailey@lfwlaw.com); Michael Lester Bell, Esq. (mbell@lfwlaw.com); and Natasha Lynke Wilson, Esq. (nwilson@lfwlaw.com)

/s/ Thomas P. Willingham
***OF COUNSEL***

2