IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
EASTERN (OPELIKA) DIVISION

| | |
|---|---|
| Donte **TONEY** ) | |
| ) | Case No.: **3:07-cv-73-MEF-WC** |
| Plaintiff ) | |
| ) | Chief District Judge Mark E. Fuller |
| **v.** ) | Magistrate Judge Wallace Capel, Jr. |
| ) | |
| **DAIMLERCHRYSLER CORP.** ) | |
| **CHIP ELLIS CARS AMERICA, INC.** ) | |
| **CHIP ELLIS, INC.** ) | ***Hearing Is Not Necessary*** |
| ) | |
| Defendants ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Donte Toney, by and through his counsel, and pursuant to Fed. R. Civ. P. 41 and hereby stipulates to dismissal with prejudice of all claims against all defendants as a settlement has been reached between the parties.

                                                  Respectfully submitted,

                                                  /s/ Thomas P. Willingham
                                                  Thomas P. Willingham (WIL156)

*OF COUNSEL:*
ALVIS & WILLINGHAM, LLP
1400 Urban Center Drive; Suite 475
Birmingham, Alabama 35242
Phone: (205)298-1011
Facsimile: (205)298-1012
twillingham@alvisandwillingham.com

*ALSO REPRESENTING PLAINTIFF*:
Walter E. McGowan, Esq. (MC016)
GRAY, LANGFORD, SAPP,
MCGOWAN, GRAY & NATHANSON
Post Office Box 830239
Tuskegee, Alabama 36083
Phone: (334)727-4830
Fax: (334)727-5877
wem@glamgn.com

## Certificate of Service

      I hereby certify that on this the 28st day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to: Joel Chandler Bailey, II, Esq. (cbailey@lfwlaw.com); Michael Lester Bell, Esq. (mbell@lfwlaw.com); and Natasha Lynke Wilson, Esq. (nwilson@lfwlaw.com)

      /s/ Thomas P. Willingham
      *OF COUNSEL*